# Exhibit 7

## Sentencing Chart for Recent Healthcare Fraud Prosecutions

| Case/Defendant | Loss Amount | 5K1.1 Filed? | U.S.S.G. Level/Range | Date of Sentencing | Sentence Imposed |
|---|---|---|---|---|---|
| U.S. v Herb Kimble, Case No. 3:19-cr-277-JFA (D. S.C.) | $40,000,000 (Actual) [DKT 63] | No, 11(c)(1)(C) Plea [DKT 63] | Unknown | 8/13/2024 [DKT 80] | Probation until restitution payment of $40 million is made, plus 5 years of cooperation [DKT 63] |
| U.S. v. Ashley Cigarroa, Case No. 9:22-cr-80022 (S.D.F.L.) | $53,054,267 [DKT 976] | YES [DKT 932] | 97-121 months [DKT 932] | 1/25/2024 [DKT 976] | 30 months' imprisonment [DKT 976] |
| U.S. v. Louis Carver, Case No. 9:22-cr-80022 (S.D.F.L.) | $20,314,637 [DKT 988] | YES [DKT 929] | 87-108 months [DKT 929] | 1/26/2024 [DKT 988] | 32 months' imprisonment [DKT 988] |
| U.S. v. Timothy Richardson, Case No. 9:22-cr-80022 (S.D.F.L.) | $53,054,267 [DKT 989] | YES [DKT 930] | 108-135 months [DKT 930] | 1/26/2024 [DKT 989] | 24 months' imprisonment [DKT 989] |