UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60059-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL STEPHEN PANY,

    Defendant.

_____/

### ORDER GRANTING MOTION TO EXTEND SELF-SURRENDER DATE

**THIS CAUSE** is before the Court on Defendant Samuel Pany's Unopposed Motion to Extend Self-Surrender Date [DE 133] ("Motion").  The Court has considered the Motion, the record in this case, and is otherwise advised in the premises.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**.  Defendant Stephen Pany shall surrender for service of sentence to the United States Marshal for this district or the institution designated by the Bureau of Prisons by **12:00 p.m. on January 3, 2025**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of November, 2024.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF