UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60059-CR-COHN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SAMUEL STEPHEN PANY,

     Defendant.

_____/

## ORDER SETTING HEARING ON MOTION

PLEASE TAKE NOTICE that a hearing on the Government's Motion for Reduction of Sentence Under Federal Rule of Criminal Procedure 35(b) is hereby set for **Wednesday, June 3, 2026, at 10:00 a.m.** before the Honorable James I. Cohn, United States District Judge, United States District Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2026.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
U.S. Marshals
USPO