UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60059-CR-COHN

UNITED STATES OF AMERICA,

vs.

SAMUEL STEPHEN PANY,

    Defendant.

_____/

## ORDER GRANTING MOTION TO SEAL

**THIS CAUSE** is before the Court upon the Defendant's Unopposed Motion to Seal [DE 171] ("Motion").  The Court has considered the Motion and is otherwise advised in the premises.  The Court finds that Defendant has shown good cause for filing his Response in Support of United States' Rule 35(b) Motion and Request for Full Cooperation Credit under seal.  Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Seal [DE 171] is **GRANTED**.  Defendant shall file his Response in Support of United States' Rule 35(b) Motion and Request for Full Cooperation Credit under seal.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of June, 2026.

JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF